UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD B. WILLIAMS, | 1:11-cv-00182-OWW-MJS (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATION AND DENYING PLAINTIFF'S PETITION FOR AN EMERGENCY INJUNCTION |
| v. | |
| STATE OF CALIFORNIA, et al., | (ECF No. 17) |
| Defendants. | |

_____/

Plaintiff Donald B. Williams ("Plaintiff") is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 27, 2011, the Magistrate Judge filed a Findings and Recommendation, recommending that Plaintiff's Petition for an Emergency Injunction be Denied. (ECF No. 17.) Plaintiff has failed to file objections to the Findings and Recommendation.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(c) and Local Rule 305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///
///
///
///
///
///

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation, filed July 27, 2011, is adopted in full; and
2. Plaintiff's Petition for an Emergency Injunction is DENIED.

IT IS SO ORDERED.

**Dated:**    **September 22, 2011**          /s/ **Oliver W. Wanger**
                                                              UNITED STATES DISTRICT JUDGE