# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD B. WILLIAMS, | 1:11-cv-0182-LJO-MJS (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATION AND DISMISSING CERTAIN CLAIMS AND DEFENDANTS |
| v. | |
| STATE OF CALIFORNIA, et al., | (ECF No. 20) |
| Defendants. | |

_____/

Plaintiff Donald B. Williams ("Plaintiff") is a prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 29, 2011, the Magistrate Judge filed a Findings and Recommendation, recommending dismissal of certain of Plaintiff's claims and defendants. (ECF No. 20.) Plaintiff has failed to file objections to the Findings and Recommendation.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(c) and Local Rule 305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///
///
///
///
///

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation, filed August 29, 2011, is adopted in full;
2. Plaintiff's claims against the California Department of Corrections are dismissed without prejudice;
3. Plaintiff's claims against Defendant Allison are dismissed without prejudiced
4. Plaintiff's claims against Defendants Rodriguez, Beltran, Stolh, Lofkin, and Childress are dismissed without prejudice;
5. Plaintiff's claims against Correction Management Corp. Inc. are dismissed without prejudice;
6. Plaintiff's medical care claim against Defendants Enenmoh and Oneyeje related to the October 12, 2010 incident is dismissed without prejudice;
7. Plaintiff's claims against Defendant Betancourt are dismissed without prejudice; and
8. Defendants California Department of Corrections, Allison, Rodriguez, Beltran, Stohl, Lofkin, Childress, Correction Management Corp. Inc., and Betancourt are dismissed without prejudice.

IT IS SO ORDERED.

Dated:  October 12, 2011            /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE