UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD B. WILLIAMS, | 1:11-CV-00182-LJO-MJS (PC) |
| Plaintiff, | ORDER |
| vs. | |
| STATE OF CALIFORNIA, ET AL., | |
| Defendants. | |
| _____/ | |

   Plaintiff Donald B. Williams ("Plaintiff") is a prisoner proceeding pro se with an action under 42 U.S.C. § 1983.  The Court finds that appointment of counsel for Plaintiff is warranted.  Rebecca C. Sudtell has been selected from the Court's pro bono attorney panel to represent Plaintiff and she has accepted the appointment.

   In accordance with the above, IT IS HEREBY ORDERED that:

      1. Rebecca C. Sudtell is appointed as counsel in the above entitled matter.

      2. Rebecca C. Sudtell shall notify Sujean Park, at (916) 930-4278 or via email at spark@caed.uscourts.gov, if she has any questions related to the appointment.

      3. The Clerk of the Court is directed to serve a copy of this Order upon Rebecca C. Sudtell, Law Offices of Rebecca C. Sudtell, Post Office Box R, San Rafael,

1  California 94913.

3  IT IS SO ORDERED.

4  Dated:   December 8, 2011           /s/ *Michael J. Seng*
                                       UNITED STATES MAGISTRATE JUDGE