UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD B. WILLIAMS,<br><br>                    Plaintiff,<br><br>     v.<br><br>THE STATE OF CALIFORNIA, et al.,<br><br>                    Defendants. | CASE NO.   1:11-cv-182-LJO-MJS (PC)<br><br>ORDER REQUIRING DEFENDANTS TO FILE A RESPONSE TO PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION<br><br>(ECF No. 13) |

Plaintiff Donald B. Williams ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

The action is proceeding against Defendants Enenmoh, Oneyeje, LeMay, Byers, and Faria for inadequate medical care under the Eighth Amendment.

On April 20, 2011, Plaintiff filed a motion for a preliminary injunction. (ECF No. 13.)[1] Since then, the Court has screened Plaintiff's Amended Complaint (ECF No. 15) and ordered service on Defendants (ECF No. 26).  It appears all Defendants except Defendant Byers have been served, but none have filed a response to Plaintiff's initial motion for a preliminary injunction.

---

[1] Plaintiff has also filed another motion for a preliminary injunction (ECF No. 24), but it appears to be duplicative of Plaintiff's original motion.  Accordingly, the Court will issue an order disregarding Plaintiff's second motion for a preliminary injunction, and Defendants need not respond to it.

1    Accordingly, Defendants are HEREBY ORDERED to file a response to Plaintiff's
2  motion for a preliminary injunction (ECF No. 13) within thirty days of entry of this Order.

6  IT IS SO ORDERED.

7  Dated:    February 10, 2012          /s/ *Michael J. Seng*
                                        UNITED STATES MAGISTRATE JUDGE