Print Form

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

Donald B Williams

   Plaintiff(s)

vs.

CA Dept of Rehabilitation & Corrections

   Defendants.

No. 1:11-cv-00182-LJO-MJS (PC)

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

## REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, Rebecca C Sudtell, attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on December 8, 2011, by the Honorable Michael J Seng, United States District Judge/Magistrate. I believe that the following course of action is reasonably necessary to the prosecution of this action:

```
Travel to Corcoran Prison to Interview Donald B Williams, discuss his claims, & provide legal advice.

Mileage: 508 miles [roundtrip] @ $.20/mile              $101.60
Meals: Lunch [$12], Dinner [$20], Breakfast [$8], Lunch [$12]   52.00
One overnight hotel stay: [approx. $77.00 + taxes]        99.00
                                                        --------
ESTIMATED TOTAL                                         $252.00
```

(e.g., deposition of _____, defendant herein).

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 300.00.

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

## REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 1:11-cv-00182-LJO-MJS (PC)

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 15th day of March, 20 12, at Marin County, California.

*/s/ R. C. Sudtell*

Rebecca C. Sudtell

Attorney for Plaintiff(s)

The above expenditure is __X__ Approved  _____ Denied

Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule _____, on _____, at _____, ___.M. in Courtroom Number_____.

Dated: 3/27/12

*/s/*

United States District Judge/Magistrate