UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD B. WILLIAMS,<br><br>              Plaintiff,<br><br>    v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>              Defendants.<br>_____/ | 1:11-cv-0182-LJO-MJS (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION DENYING PLAINTIFF'S MOTION FOR AN EMERGENCY INJUNCTION<br><br>(ECF No. 49) |

Plaintiff Donald B. Williams ("Plaintiff") is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 5, 2012, 2011, the Magistrate Judge filed a Findings and Recommendations recommending that Plaintiff's motion for an emergency injunction be denied.  (ECF No. 49.) Plaintiff has failed to file objections to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(c) and Local Rule 305, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendatiosn, filed April 5, 2012, are adopted in full; and

2. Plaintiff's Motion for an Emergency Injunction (ECF No. 13) is DENIED.

IT IS SO ORDERED.

**Dated:   May 10, 2012**              /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE