# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD B. WILLIAMS,<br><br>  Plaintiff,<br><br>  v.<br><br>THE STATE OF CALIFORNIA, et al.,<br><br>  Defendants. | CASE NO.   1:11-cv-182-LJO-MJS (PC)<br><br>ORDER REQUIRING PLAINTIFF'S ATTORNEY TO RESPOND TO PLAINTIFF'S MOTION FOR NEW COUNSEL<br><br>(ECF No. 52)<br><br>RESPONSE DUE WITHIN SEVEN DAYS |

Plaintiff Donald B. Williams ("Plaintiff") is a state prisoner proceeding in this civil rights action pursuant to 42 U.S.C. § 1983.

The action is proceeding against Defendants Enenmoh, Oneyeje, LeMay, Byers, and Faria for inadequate medical care under the Eighth Amendment.

On May 16, 2012, Plaintiff filed a motion for new counsel. (ECF No. 52.) In his motion, Plaintiff alleges that his Court appointed attorney has failed to respond to letters from Plaintiff regarding his case. (Id.) Counsel has filed no objections to Defendant's motion to dismiss (ECF No. 45) nor objection to the Court's Findings and Recommendations recommending dismissal of this action (ECF No. 50).

Accordingly, Plaintiff's attorney, Rebecca C. Sudtell, is ORDERED to respond to Plaintiff's motion for new counsel within seven (7) days of entry of this Order.

In addition, the Clerk's Office is ORDERED to send Plaintiff a copy of the docket in

this action and a copy of every document filed in this action since December 9, 2011, the date on which Ms. Sudtell was appointed as Plaintiff's attorney.

IT IS SO ORDERED.

Dated:     May 21, 2012                         /s/ *Michael J. Seng*
                                                UNITED STATES MAGISTRATE JUDGE