1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

## EASTERN DISTRICT OF CALIFORNIA

8

DONALD B. WILLIAMS,                              CASE NO.    11-cv-0182-LJO-MJS (PC)

9
                                                 AMENDED ORDER SETTING
10                                               TELEPHONIC HEARING, AND REQUIRING
                          Plaintiff,             PLAINTIFF'S APPEARANCE
11

12                                               ORDER DIRECTING CLERK'S OFFICE TO
                                                 SERVE ORDER ON PLAINTIFF AT
        v.                                       CALIFORNIA MEN'S COLONY AND TO
13                                               SERVE COURTESY COPY ON
                                                 LITIGATION COORDINATOR AT
14                                               CALIFORNIA MEN'S COLONY
STATE OF CALIFORNIA, et al.,
15
                                                 Date:        August 24, 2012
16                                               Time:        10:00 a.m. PST
                                                 Courtroom:   Yosemite
17
                          Defendants.
18
_____/
19

20          Plaintiff Donald B. Williams ("Plaintiff") is a state prisoner proceeding in this civil

21   rights action pursuant to 42 U.S.C. § 1983.

22          The action is proceeding against Defendants Enenmoh, Oneyeje, LeMay, Byers,

23   and Faria for inadequate medical care under the Eighth Amendment.

24          Plaintiff has filed a motion for a new attorney. (ECF No. 58.) An immediate hearing

25   on this matter is necessary.

26          Accordingly, it is HEREBY ORDERED that:

27          1.      This matter is set for a telephonic hearing on Friday, August 24, 2012 at

28                  10:00 a.m. PST in the Yosemite Courtroom;

2.    Plaintiff **AND** his counsel of record are required to appear by telephone for the hearing;

3.    In advance of the hearing, the Litigation Coordinator for the California Men's Colony is requested to provide Plaintiff's counsel with a telephone number at which Plaintiff may be reached for the conference call on Friday, August 24, 2012 at 10:00 a.m. PST;

4.    Plaintiff's counsel shall arrange a conference call between herself, Plaintiff, and Defendants' counsel (if Defendants' counsel wishes to appear), and the call shall be placed to the Court at (209) 372-8917;

5.    The Clerk's Office shall serve this Order on Plaintiff directly, and shall serve a courtesy copy of this Order on the Litigation Coordinator at the institution; and

6.    The failure of Plaintiff to appear for the hearing may result in the imposition of sanctions deemed appropriate by the Court.

IT IS SO ORDERED.

Dated:    August 21, 2012          /s/ *Michael J. Seng*
                                            UNITED STATES MAGISTRATE JUDGE