# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD B. WILLIAMS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO.   11-cv-0182-LJO-MJS (PC)<br><br>AMENDED ORDER SETTING TELEPHONIC HEARING, AND REQUIRING PLAINTIFF'S APPEARANCE<br><br>ORDER DIRECTING CLERK'S OFFICE TO SERVE ORDER ON PLAINTIFF AT CALIFORNIA MEN'S COLONY AND TO SERVE COURTESY COPY ON LITIGATION COORDINATOR AT CALIFORNIA MEN'S COLONY<br><br>Date:　　　August 29, 2012<br>Time:　　　10:30 a.m. PST<br>Courtroom:　Yosemite |

　　　Plaintiff Donald B. Williams ("Plaintiff") is a state prisoner proceeding in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　The action is proceeding against Defendants Enenmoh, Oneyeje, LeMay, Byers, and Faria for inadequate medical care under the Eighth Amendment.

　　　Plaintiff has filed a motion for a new attorney. (ECF No. 58.) An prompt hearing on this matter is necessary.

　　　Accordingly, it is HEREBY ORDERED that:

　　　1.　The telephonic hearing originally scheduled in this matter for Friday, August 24, 2012 is now moved to Wednesday, August 29, 2012 at 10:30 a.m. PST

in the Yosemite Courtroom;

2. Plaintiff **AND** his counsel of record are required to appear by telephone for the hearing;

3. In advance of the hearing, the Litigation Coordinator for the California Men's Colony is requested to provide Plaintiff's counsel with a telephone number at which Plaintiff may be reached for the conference call on Wednesday, August 29, 2012 at 10:30 a.m. PST;

4. Plaintiff's counsel shall arrange a conference call between herself, Plaintiff, and Defendants' counsel (if Defendants' counsel wishes to appear), and the call shall be placed to the Court at (209) 372-8917;

5. The Clerk's Office shall serve this Order on Plaintiff directly, and shall serve a courtesy copy of this Order on the Litigation Coordinator at the institution; and

6. The failure of Plaintiff to appear for the hearing may result in the imposition of sanctions deemed appropriate by the Court.

IT IS SO ORDERED.

Dated:   August 23, 2012               /s/ *Michael J. Seng*
                                       UNITED STATES MAGISTRATE JUDGE