UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD B. WILLIAMS,<br><br>             Plaintiff,<br><br>     v.<br><br>THE STATE OF CALIFORNIA, et al.,<br><br>             Defendants.<br>_____ / | CASE NO.   1:11-cv-182-LJO-MJS (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR NEW COUNSEL AND GRANTING PLAINTIFF'S REQUEST TO FILE A SUPPLEMENTAL OPPOSITION TO DEFENDANTS' MOTION TO DISMISS<br><br>(ECF No. 58)<br><br>SUPPLEMENTAL OPPOSITION DUE WITHIN TWENTY-EIGHT DAYS |

Plaintiff Donald B. Williams ("Plaintiff") is a state prisoner proceeding in this civil rights action pursuant to 42 U.S.C. § 1983.

The action is proceeding against Defendants Enenmoh, Oneyeje, LeMay, Byers, and Faria for inadequate medical care under the Eighth Amendment.

On July 18, 2012, Plaintiff filed a motion for appointment of new counsel. (ECF No. 58.) In his motion, Plaintiff complained of poor communication between him and his court-appointed attorney. (Id.) With consent of Defendants, the Court held a telephonic conference with Plaintiff and his counsel, only, on August 29, 2012. (ECF No. 65.) Plaintiff's concerns having been addressed, the existing attorney-client relationship will continue at his request.

The Court has further determined that it will best serve the interests of justice, and not prejudice Defendants, to allow Plaintiff to supplement his opposition to Defendants' motion to dismiss.

Accordingly, it is hereby ORDERED that:

1.    Plaintiff's motion for new counsel (ECF No. 58) is DENIED; and
2.    Plaintiff is to file a supplemental opposition to Defendants' motion to dismiss within twenty-eight (28) days of entry of this order.

IT IS SO ORDERED.

Dated:    August 29, 2012                 /s/ *Michael J. Seng*
                                                  UNITED STATES MAGISTRATE JUDGE